# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JEFFERY WILLIAMS<br>vs.<br>STEVE LEE MID STATES PULLERS, a Minnesota corporation; and<br>ANDREW WOBSCHALL. | FILED: AUGUST 6, 2008<br>08CV4437<br>JUDGE GRADY<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff- JEFFERY WILLIAMS          PH

| NAME (Type or print) |
|---|
| Michael A. Kaczmarek |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael A. Kaczmarek |

| FIRM |
|---|
| Barry L. Gordon & Associates, P.C. |

| STREET ADDRESS |
|---|
| 205 W. Randolph, Suite #950 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 23969 | 312-263-5445 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐